**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alyce DiPietro-Miller<br>Ralph E. Miller Jr.<br><br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-17878 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                                               Respectfully submitted,
                                        **/s/ Kevin G. McDonald Esquire**
                                        Kevin G. McDonald, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322