| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ralph E Miller, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Alyce DiPietro-Miller** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | **19-17878** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules        12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Ralph E Miller, Jr.**                                    X **/s/ Alyce DiPietro-Miller**
**Ralph E Miller, Jr.**                                          **Alyce DiPietro-Miller**
Signature of Debtor 1                                            Signature of Debtor 2

Date **December 30, 2019**                                       Date **December 30, 2019**