United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ralph E. Miller, Jr.
Alyce DiPietro-Miller
    Debtors

Case No. 19-17878-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 2     Date Rcvd: Jan 03, 2020
                            Form ID: 309I     Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.
```
db/jdb         Ralph E. Miller, Jr.,    Alyce DiPietro-Miller,    234 Scola Rd,    Brookhaven, PA  19015
14441679      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14441687       Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
14441699      +Costco Anywhere Visa Card,    Attn: Bankruptcy,    Po Box 6500,    Sioux Falls, SD 57117-6500
14441700      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                Mason, OH 45040-8999
14441702      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14441704      +LendingClub,    Attn: Bankruptcy,    595 Market St, Ste 200,    San Francisco, CA 94105-2807
14441707      +Nissan Motor Acceptance Corp/Infiniti,    Attn: Bankruptcy,    Po Box 660360,
                Dallas, TX 75266-0360
14441708      +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 130,    Liverpool, NY 13088-0130
14441722      +USDOE/GLELSI,    Attn: Bankruptcy,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: paralegal@lawjmc.com Jan 04 2020 03:06:24      JEANNE MARIE CELLA,
                Jeanne Marie Cella and Associates, LLC,    215 N Olive St, Ste 101,    Media, PA  19063
tr            +E-mail/Text: bncnotice@ph13trustee.com Jan 04 2020 03:07:40      WILLIAM C. MILLER, Esq.,
                Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg            E-mail/Text: megan.harper@phila.gov Jan 04 2020 03:07:19      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2020 03:06:43
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 04 2020 03:07:10      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 04 2020 03:06:59      United States Trustee,
                Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14441677      +EDI: GMACFS.COM Jan 04 2020 07:53:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                Bloomington, MN 55438-0901
14441678      +EDI: AMEREXPR.COM Jan 04 2020 07:53:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                El Paso, TX 79998-1540
14441681       E-mail/Text: bankruptcy@bbandt.com Jan 04 2020 03:06:32      Bb&T,    Attn: Bankruptcy,
                Po Box 1847,    Wilson, NC 27894
14441680      +EDI: TSYS2.COM Jan 04 2020 07:53:00      Barclays Bank Delaware,    Attn: Correspondence,
                Po Box 8801,    Wilmington, DE 19899-8801
14441683      +EDI: CAPITALONE.COM Jan 04 2020 07:53:00      Capital One Na,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14441684      +EDI: CHASE.COM Jan 04 2020 07:53:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                Wilmington, DE 19850-5298
14441685      +E-mail/Text: bankruptcycollections@citadelbanking.com Jan 04 2020 03:07:33      Citadel FCU,
                Attn: Bankruptcy,    520 Eagleview Blvd,    Exton, PA 19341-1119
14441686      +EDI: CITICORP.COM Jan 04 2020 07:53:00      Citibank,    Attn: Recovery/Centralized Bankruptcy,
                Po Box 790034,    St Louis, MO 63179-0034
14441688      +EDI: CITICORP.COM Jan 04 2020 07:53:00      Citibank North America,
                Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14441689      +EDI: CITICORP.COM Jan 04 2020 07:53:00      Citibank North America,    Po Box 6497,
                Sioux Falls, SD 57117-6497
14441690      +EDI: CITICORP.COM Jan 04 2020 07:53:00      Citibank/Exxon Mobile,    Attn: Bankruptcy,
                Po Box 790034,    St Louis, MO 63179-0034
14441691      +EDI: CITICORP.COM Jan 04 2020 07:53:00      Citibank/The Home Depot,
                Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14441692      +EDI: WFNNB.COM Jan 04 2020 07:53:00      Comenity Bank/Express,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
14441693      +EDI: WFNNB.COM Jan 04 2020 07:53:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
14441694      +EDI: WFNNB.COM Jan 04 2020 07:53:00      Comenity Bank/Wayfair,    Attn: Bankruptcy Dept,
                Po Box 182125,    Columbus, OH 43218-2125
14441695      +EDI: WFNNB.COM Jan 04 2020 07:53:00      Comenity Bkl/Ulta,    Attn: Bankruptcy Dept,
                Po Box 182125,    Columbus, OH 43218-2125
14441697      +EDI: WFNNB.COM Jan 04 2020 07:53:00      ComenityCapital/Boscov,    Attn: Bankruptcy Dept,
                Po Box 182125,    Columbus, OH 43218-2125
14441696      +EDI: WFNNB.COM Jan 04 2020 07:53:00      Comenitybank/trwrdsv,    Attn: Bankruptcy Dept,
                Po Box 182125,    Columbus, OH 43218-2125
14441698      +EDI: WFNNB.COM Jan 04 2020 07:53:00      Comenitycapital/Ulta,    Attn: Bankruptcy Dept,
                Po Box 182125,    Columbus, OH 43218-2125
14441701       EDI: DISCOVER.COM Jan 04 2020 07:53:00      Discover Financial,    Attn: Bankruptcy Department,
                Po Box 15316,    Wilmington, DE 19850
14446849       EDI: DISCOVER.COM Jan 04 2020 07:53:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
14441703      +E-mail/Text: bncnotices@becket-lee.com Jan 04 2020 03:06:29      Kohls/Capital One,
                Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
```

```
District/off: 0313-2            User: Keith                 Page 2 of 2                   Date Rcvd: Jan 03, 2020
                                Form ID: 309I               Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14441705        E-mail/Text: camanagement@mtb.com Jan 04 2020 03:06:34     M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,   Buffalo, NY 14240
14441706       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 04 2020 03:10:05
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,   Old Bethpage, NY 11804-9001
14441709       +E-mail/Text: clientservices@simonsagency.com Jan 04 2020 03:07:36      Simon's Agency, Inc.,
                 Attn: Bankruptcy,    Po Box 5026,   Syracuse, NY 13220-5026
14441710       +EDI: RMSC.COM Jan 04 2020 07:53:00      Syncb Bank/American Eagle,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14441713       +EDI: RMSC.COM Jan 04 2020 07:53:00      Syncb/Lord & Taylor,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
14441714       +EDI: RMSC.COM Jan 04 2020 07:53:00      Syncb/Mitsubishi-Hm Ds,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14441711       +EDI: RMSC.COM Jan 04 2020 07:53:00      Syncb/hhgreg,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
14441712       +EDI: RMSC.COM Jan 04 2020 07:53:00      Syncb/horizn,    Po Box 965036,   Orlando, FL 32896-5036
14441716       +EDI: RMSC.COM Jan 04 2020 07:53:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14441717       +EDI: RMSC.COM Jan 04 2020 07:53:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
14441718       +EDI: RMSC.COM Jan 04 2020 07:53:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14441719       +EDI: RMSC.COM Jan 04 2020 07:53:00      Synchrony Bank/QVC,    Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
14441720       +EDI: RMSC.COM Jan 04 2020 07:53:00      Synchrony Bank/TJX,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
14441721       +EDI: WTRRNBANK.COM Jan 04 2020 07:53:00      Target,    Attn: Bankruptcy,   Po Box 9475,
                 Minneapolis, MN 55440-9475
                                                                                               TOTAL: 42

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14441682      Best Buy/cbna
14441715      Syncb/walmart
                                                                                               TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2019 at the address(es) listed below:
```
              JEANNE MARIE CELLA    on behalf of Debtor Ralph E. Miller, Jr. paralegal@lawjmc.com,
               pennduke@gmail.com
              JEANNE MARIE CELLA    on behalf of Joint Debtor Alyce  DiPietro-Miller paralegal@lawjmc.com,
               pennduke@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Ralph E. Miller Jr.** | Social Security number or ITIN | xxx–xx–9923 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Alyce DiPietro–Miller** | Social Security number or ITIN | xxx–xx–9442 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 12/18/19 |
| Case number: | 19–17878–mdc | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ralph E. Miller Jr. | Alyce DiPietro–Miller |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 234 Scola Rd<br>Brookhaven, PA 19015 | 234 Scola Rd<br>Brookhaven, PA 19015 |
| 4. | **Debtor's attorney**<br>Name and address | JEANNE MARIE CELLA<br>Jeanne Marie Cella and Associates, LLC<br>215 N Olive St, Ste 101<br>Media, PA 19063 | Contact phone 610–505–0541<br><br>Email: paralegal@lawjmc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 1/3/20 |

**For more information, see page 2**

Debtor **Ralph E. Miller Jr.** and **Alyce DiPietro-Miller**   Case number **19-17878-mdc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 19, 2020 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Suite 18-341, 1234 Market Street,<br>Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/19/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/26/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/15/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $1940.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/12/20** at **9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |