## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Ralph Miller and | : |
| Alyce DiPietro-Miller | :    Bankruptcy No:  19-17878 |
| | :    Chapter 13 |
| Debtors | : |

## NOTICE OF APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties Jeanne Marie Cella, Esquire, counsel for the Debtors, have filed an Application seeking compensation of **$5,000.00** for the firm's services in this case. Any Objections to this Application must be filed and served upon us within twenty-one (21) days from March 11, 2020, on or before which date the Application was filed. A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtors. Other interested parties can obtain a copy on request.

Respectfully submitted,

*/s/ Jeanne Marie Cella, Esquire*
Jeanne Marie Cella, Esquire

Dated:  March 11, 2020