JEANNE MARIE CELLA & ASSOCIATES, LLC
By: Jeanne Marie Cella, Esquire
215 N Olive St, Ste 101
Media, PA 19063
Telephone: (610) 566-8500
Facsimile: (610) 566-4375                                              Attorneys for: Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Alyce DiPietro- Miller & | : | No. 19-17878 |
| Ralph Miller | : | |
| Debtor | : | |
| | : | Chapter 13 |

**CERTIFICATION OF NO OBJECTION**

The undersigned counsel for the debtors hereby certifies that more than 21 days have elapsed from the date of service of the Notice of the filing of an Application for Compensation that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.  Counsel requests entry of an Order granting the said Motion.

**JEANNE MARIE CELLA & ASSOCIATES, LLC**

**BY:** */s/ Jeanne Marie Cella, Esquire*
Jeanne Marie Cella, Esquire

Dated: April 3, 2020