IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alyce DiPietro-Miller<br>Ralph E. Miller Jr.<br><br>                    Debtors<br><br>Lakeview Loan Servicing LLC<br><br>                    Movant<br>        vs.<br><br>Alyce DiPietro-Miller<br>Ralph E. Miller Jr.<br><br>                    Respondents | CHAPTER 13<br><br><br>NO. 19-17878 MDC |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Plan of Lakeview Loan Servicing LLC, which was filed with the Court on or about March 3, 2020 (Document No. 21).

                    Respectfully submitted,

                    **/s/ Rebecca A. Solarz, Esquire**
                    Rebecca A. Solarz, Esquire
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322

April 8, 2020