# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 19-17878-MDC

RALPH E. MILLER, JR.
ALYCE DIPIETRO-MILLER
234 SCOLA RD

BROOKHAVEN, PA 19015-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    RALPH E. MILLER, JR.
    ALYCE DIPIETRO-MILLER
    234 SCOLA RD

    BROOKHAVEN, PA 19015-

**Counsel for debtor(s), by electronic notice only.**
    JEANNE MARIE CELLA
    215 N OLIVE ST, STE 101

    MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                          /s/ William C. Miller

Date: 4/13/2020

                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee