ALICE J DIPIETRO MILLER    EMPLOYER: HPA    EE NO: 800455004
PROPERTY: 2    DEPT NO: 00562
BULLETIN BOARD

Reminder, if you have had a change in your personal financial situation or lifestyle you may want to consider submitting a revised IRS form W-4 to update your status and/or exemptions. Please see your HR department to complete a new form. Obtain your W2 sooner and avoid waiting for the mail, opt in at MY PAYROLL ONLINE https://caesars.docagent.net to view and print your W-2 online. Please ensure that your address is current as well.

### SPECIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | 8.00 | TAX STATUS: M | CHECK NO: | 20349535 |
| PTO/VAC AVAILABLE | 73.00 | EXEMPTIONS: FED: 00  STATE: 01 | CHECK DATE: | 12/05/2019 |
| PTO/VAC TAKEN YTD | 72.00 | STATE CODE: PA | PERIOD ENDING: | 11/28/2019 |
| | | ADD'L W/H: | PAY FREQUENCY: | B |
| | | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 974.17 | 10.25 | 963.92 | 174.18 | 789.74 | |
| Y-T-D | 40749.66 | 256.25 | 40493.41 | 8409.22 | 32084.19 | |

#### HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 32.50 | 5.3321 | 173.29 | 1566.50 | 8342.05 |
| OVERTIME | | | | 12.00 | 107.47 |
| TRAINING | | | | 23.00 | 122.64 |
| PTO | 8.00 | 5.3321 | 42.66 | 72.00 | 383.91 |
| TOKES | 49.50 | | 742.88 | 1943.50 | 31481.50 |
| BEREAVEMNT | | | | 24.00 | 127.97 |
| MWAGE ADJ | | 7.2500 | 15.34 | | 184.12 |

#### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 51.01 | 3268.07 |
| FICA TAXES | 73.73 | 3097.74 |
| PA EMER TX | 2.00 | 46.00 |
| PA LCL TAX | 19.27 | 775.77 |
| PA ST TAX | 29.59 | 1243.17 |
| UNEMPLOYMT | .58 | 24.47 |
| SRP LOAN | 21.86 | 502.78 |
| DENTAL | 8.00 | 200.00 |
| L TRM DISB | 7.31 | 182.75 |
| VISION | 2.25 | 56.25 |
| MEAL | | 3.00 |
| S TRM DISB | 5.52 | 138.00 |
| DIRECT DEP | 753.05 | 31211.66 |

| | HOURS | | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS | | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 90.00 | | 974.17 | 3641.00 | 40749.66 | TOTAL | 974.17 | 40749.66 |

———— REMOVE DOCUMENT ALONG THIS PERFORATION ————



ALYCE J DIPIETRO MILLER     EMPLOYER: HPA     EE NO: 800355004

BULLETIN BOARD

Reminder, if you have had a change in your personal financial situation or lifestyle you may want to consider submitting a revised IRS form W-4 to update your status and/or exemptions. Please see your HR department to complete a new form. Obtain your W2 sooner and avoid waiting for the mail, opt in at MY PAYROLL ONLINE https://caesars.docagent.net to view and print your W-2 online. Please ensure that your address is current as well.

## SPECIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | 24.00 | TAX STATUS: M | CHECK NO: | 20348481 |
| PTO/VAC AVAILABLE | 81.00 | EXEMPTIONS: FED: 00  STATE: 01 | CHECK DATE: | 11/21/2019 |
| PTO/VAC TAKEN YTD | 64.00 | STATE CODE: PA | PERIOD ENDING: | 11/14/2019 |
| | | ADD'L W/H: | PAY FREQUENCY: | B |
| | | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1634.53 | 10.25 | 1624.28 | 333.12 | 1291.16 | |
| Y-T-D | 39775.49 | 246.00 | 39529.49 | 8235.04 | 31294.45 | |

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 37.75 | 5.3321 | 201.29 | 1534.00 | 8168.76 |
| OVERTIME | .25 | 8.9571 | 2.24 | 12.00 | 107.47 |
| TRAINING | 7.00 | 5.3321 | 37.32 | 23.00 | 122.64 |
| PTO | 24.00 | 5.3321 | 127.97 | 64.00 | 341.25 |
| TOKES | 79.00 | | 1219.68 | 1894.00 | 30738.62 |
| BEREAVEMNT | | | | 24.00 | 127.97 |
| MWAGE ADJ | | 7.2500 | 46.03 | | 168.78 |
| TOTAL | 148.00 | | 1634.53 | 3551.00 | 39775.49 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 125.53 | 3217.06 |
| FICA TAXES | 124.26 | 3024.01 |
| PA EMER TX | 2.00 | 44.00 |
| PA LCL TAX | 32.48 | 756.50 |
| PA ST TAX | 49.87 | 1213.58 |
| UNEMPLOYMT | .98 | 23.89 |
| SRP LOAN | 21.86 | 480.92 |
| DENTAL | 8.00 | 192.00 |
| L TRM DISB | 7.31 | 175.44 |
| VISION | 2.25 | 54.00 |
| MEAL | | 3.00 |
| S TRM DISB | 5.52 | 132.48 |
| DIRECT DEP | 1254.47 | 30458.61 |
| TOTAL | 1634.53 | 39775.49 |

*15.43*

— REMOVE DOCUMENT ALONG THIS PERFORATION —

ALYCE J DIPIETRO MILLER         EMPLOYER: HPA         EE NO: 800355004
                                COPPER...               BULLETIN BOARD

Reminder, if you have had a change in your personal financial situation or lifestyle you may want to consider submitting a revised IRS form W-4 to update your status and/or exemptions. Please see your HR department to complete a new form. Obtain your W2 sooner and avoid waiting for the mail, opt in at MY PAYROLL ONLINE https://caesars.docagent.net to view and print your W-2 online. Please ensure that your address is current as well.

| SPECIAL INFORMATION | | | | | |
|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: M | | CHECK NO: | 20347438 |
| PTO/VAC AVAILABLE | 105.00 | EXEMPTIONS: FED: 00 | STATE: 01 | CHECK DATE: | 11/07/2019 |
| PTO/VAC TAKEN YTD | 40.00 | STATE CODE: PA | | PERIOD ENDING: | 10/31/2019 |
| | | ADD'L W/H: | | PAY FREQUENCY: | B |
| | | | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1730.23 | 10.25 | 1719.98 | 356.82 | 1363.16 | |
| Y-T-D | 38140.96 | 235.75 | 37905.21 | 7901.92 | 30003.29 | |

HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 47.25 | 5.3321 | 251.94 | 1496.25 | 7967.47 |
| OVERTIME | | | | 11.75 | 105.23 |
| TRAINING | | | | 16.00 | 85.32 |
| PTO | | | | 40.00 | 213.28 |
| TOKES | 81.25 | | 1304.29 | 1815.00 | 29518.94 |
| BEREAVEMNT | 24.00 | 5.3321 | 127.97 | 24.00 | 127.97 |
| MWAGE ADJ | | 7.2500 | 46.03 | | 122.75 |
| TOTAL | 152.50 | | 1730.23 | 3403.00 | 38140.96 |

TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 137.01 | 3091.53 |
| FICA TAXES | 131.58 | 2899.75 |
| PA EMER TX | 2.00 | 42.00 |
| PA LCL TAX | 34.39 | 724.02 |
| PA ST TAX | 52.80 | 1163.71 |
| UNEMPLOYMT | 1.04 | 22.91 |
| SRP LOAN | 21.86 | 459.06 |
| DENTAL | 8.00 | 184.00 |
| L TRM DISB | 7.31 | 168.13 |
| VISION | 2.25 | 51.75 |
| MEAL | | 3.00 |
| S TRM DISB | 5.52 | 126.96 |
| DIRECT DEP | 1326.47 | 29204.14 |
| TOTAL | 1730.23 | 38140.96 |

(handwritten: 16.05)

——— REMOVE DOCUMENT ALONG THIS PERFORATION ———

| SPECIAL INFORMATION | | | | | |
|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: | M | CHECK NO: | 20346388 |
| PTO/VAC AVAILABLE | 105.00 | EXEMPTIONS: FED: 00 | STATE: 01 | CHECK DATE: | 10/24/2019 |
| PTO/VAC TAKEN YTD | 40.00 | STATE CODE: | PA | PERIOD ENDING: | 10/17/2019 |
| | | ADD'L W/H: | | PAY FREQUENCY: | B |
| | | | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1805.23 | 10.25 | 1794.98 | 375.40 | 1419.58 | |
| Y-T-D | 36410.73 | 225.50 | 36185.23 | 7545.10 | 28640.13 | |

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 64.00 | 5.3321 | 341.25 | 1449.00 | 7715.53 |
| OVERTIME | | | | 11.75 | 105.23 |
| TRAINING | 8.00 | 5.3321 | 42.66 | 16.00 | 85.32 |
| PTO | | | | 40.00 | 213.28 |
| TOKES | 82.00 | | 1421.32 | 1733.75 | 28214.65 |
| MWAGE ADJ | | 7.2500 | | | 76.72 |
| TOTAL | 154.00 | | 1805.23 | 3250.50 | 36410.73 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 146.01 | 2954.52 |
| FICA TAXES | 137.31 | 2768.17 |
| PA EMER TX | 2.00 | 40.00 |
| PA LCL TAX | 35.89 | 689.63 |
| PA ST TAX | 55.11 | 1110.91 |
| UNEMPLOYMT | 1.08 | 21.87 |
| SRP LOAN | 21.86 | 437.20 |
| DENTAL | 8.00 | 176.00 |
| L TRM DISB | 7.31 | 160.82 |
| VISION | 2.25 | 49.50 |
| MEAL | | 3.00 |
| S TRM DISB | 5.52 | 121.44 |
| DIRECT DEP | 1382.89 | 27877.67 |
| TOTAL | 1805.23 | 36410.73 |

*17.32* (handwritten)

— REMOVE DOCUMENT ALONG THIS PERFORATION —

| SPECIAL INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: M | | CHECK NO: | 20345145 | |
| PTO/VAC AVAILABLE | 105.00 | EXEMPTIONS: FED: 00 STATE: 01 | | CHECK DATE: | 10/10/2019 | |
| PTO/VAC TAKEN YTD | 40.00 | STATE CODE: PA | | PERIOD ENDING: | 10/03/2019 | |
| | | ADD'L W/H: | | PAY FREQUENCY: | B | |
| | | | | PRIMARY JOB BASE RATE: | 5.3321 | |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1492.87 | 10.25 | 1482.62 | 298.03 | 1184.59 | |
| Y-T-D | 34605.50 | 215.25 | 34390.25 | 7169.70 | 27220.55 | |

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 62.25 | 5.3321 | 331.92 | 1385.00 | 7374.28 |
| OVERTIME | | | | 11.75 | 105.23 |
| TRAINING | | | | 8.00 | 42.66 |
| PTO | | | | 40.00 | 213.28 |
| TOKES | 73.25 | | 1160.95 | 1651.75 | 26793.33 |
| MWAGE ADJ | | 7.2500 | | | 76.72 |
| TOTAL | 135.50 | | 1492.87 | 3096.50 | 34605.50 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 108.53 | 2808.51 |
| FICA TAXES | 113.43 | 2630.86 |
| PA EMER TX | 2.00 | 38.00 |
| PA LCL TAX | 29.65 | 653.74 |
| PA ST TAX | 45.52 | 1055.80 |
| UNEMPLOYMT | .90 | 20.79 |
| SRP LOAN | 21.86 | 415.34 |
| DENTAL | 8.00 | 168.00 |
| L TRM DISB | 7.31 | 153.51 |
| VISION | 2.25 | 47.25 |
| MEAL | | 3.00 |
| S TRM DISB | 5.52 | 115.92 |
| DIRECT DEP | 1147.90 | 26494.78 |
| TOTAL | 1492.87 | 34605.50 |

15.83

— REMOVE DOCUMENT ALONG THIS PERFORATION —

BULLETIN BOARD

| SPECIAL INFORMATION | | | | | |
|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: M | | CHECK NO: | 20344107 |
| PTO/VAC AVAILABLE | 105.00 | EXEMPTIONS: FED: 00 STATE: 01 | | CHECK DATE: | 9/26/2019 |
| PTO/VAC TAKEN YTD | 40.00 | STATE CODE: PA | | PERIOD ENDING: | 9/19/2019 |
| | | ADD'L W/H: | | PAY FREQUENCY: B | |
| | | | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1510.99 | 10.25 | 1500.74 | 302.49 | 1198.25 | |
| Y-T-D | 33112.63 | 205.00 | 32907.63 | 6871.67 | 26035.96 | |

| HOURS AND EARNINGS | | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| | | CURRENT | | Y-T-D | | | CURRENT | Y-T-D |
| DESCRIPTION | HOURS | RATE | EARNINGS | HOURS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT |
| REGULAR | 65.00 | 5.3321 | 346.59 | 1322.75 | 7042.36 | FEDERAL TX | 110.70 | 2699.98 |
| OVERTIME | .25 | 8.9571 | 2.24 | 11.75 | 105.23 | FICA TAXES | 114.80 | 2517.43 |
| TRAINING | | | | 8.00 | 42.66 | PA EMER TX | 2.00 | 36.00 |
| PTO | | | | 40.00 | 213.28 | PA LCL TAX | 30.01 | 624.09 |
| TOKES | 75.25 | | 1162.16 | 1578.50 | 25632.38 | PA ST TAX | 46.07 | 1010.28 |
| MWAGE ADJ | | 7.2500 | | | 76.72 | UNEMPLOYMT | .91 | 19.89 |
| | | | | | | SRP LOAN | 21.86 | 393.48 |
| | | | | | | DENTAL | 8.00 | 160.00 |
| | | | | | | L TRM DISB | 7.31 | 146.20 |
| | | | | | | VISION | 2.25 | 45.00 |
| | | | | | | MEAL | | 3.00 |
| | | | | | | S TRM DISB | 5.52 | 110.40 |
| | | | | | | DIRECT DEP | 1161.56 | 25346.88 |
| TOTAL | 140.50 | | 1510.99 | 2961.00 | 33112.63 | TOTAL | 1510.99 | 33112.63 |

*handwritten: 15.44*

— REMOVE DOCUMENT ALONG THIS PERFORATION —

ALYCE J DIPIETRO MILLER          EMPLOYER: HPA          ED NO: 570035036
                                 PROPERTY: 110          DEPT NO: 00102
                                 BULLETIN BOARD

| SPECIAL INFORMATION | | | | | |
|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | 16.00 | TAX STATUS: | M | CHECK NO: | 20343067 |
| PTO/VAC AVAILABLE | 105.00 | EXEMPTIONS: FED: 00 | STATE: 01 | CHECK DATE: | 9/12/2019 |
| PTO/VAC TAKEN YTD | 40.00 | STATE CODE: | PA | PERIOD ENDING: | 9/05/2019 |
| | | ADD'L W/H: | | PAY FREQUENCY: | B |
| | | | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1754.84 | 10.25 | 1744.59 | 362.94 | 1381.65 | |
| Y-T-D | 31601.64 | 194.75 | 31406.89 | 6569.18 | 24837.71 | |

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 50.00 | 5.3321 | 266.61 | 1257.75 | 6695.77 |
| OVERTIME | .25 | 8.9571 | 2.24 | 11.50 | 102.99 |
| TRAINING | 8.00 | 5.3321 | 42.66 | 8.00 | 42.66 |
| PTO | 16.00 | 5.3321 | 85.31 | 40.00 | 213.28 |
| TOKES | 85.25 | | 1327.33 | 1503.25 | 24470.22 |
| MWAGE ADJ | | 7.2500 | 30.69 | | 76.72 |
| TOTAL | 159.50 | | 1754.84 | 2820.50 | 31601.64 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 139.97 | 2589.28 |
| FICA TAXES | 133.47 | 2402.63 |
| PA EMER TX | 2.00 | 34.00 |
| PA LCL TAX | 34.89 | 594.08 |
| PA ST TAX | 53.56 | 964.21 |
| UNEMPLOYMT | 1.05 | 18.98 |
| SRP LOAN | 21.86 | 371.62 |
| DENTAL | 8.00 | 152.00 |
| L TRM DISB | 7.31 | 138.89 |
| VISION | 2.25 | 42.75 |
| MEAL | | 3.00 |
| S TRM DISB | 5.52 | 104.88 |
| DIRECT DEP | 1344.96 | 24195.32 |
| TOTAL | 1754.84 | 31601.64 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

ALYCE L DIPIETRO MILLER    EMPLOYER: HPA    EE NO: 17-800355004
PROPERTY: LLC    DEPT NO: 00902

BULLETIN BOARD

Compliance Week is August 26 - 30. The Company's Ethics and Compliance Program
and Your commitment to integrity ensure our business is conducted ethically
and legally.

SPECIAL INFORMATION

| | | | | CHECK NO: | 2034 20 38 |
|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | 16.00 | TAX STATUS: | M | CHECK DATE: | 8/29/2019 |
| PTO/VAC AVAILABLE | 121.00 | EXEMPTIONS: FED: 00 | STATE: 01 | PERIOD ENDING: | 8/22/2019 |
| PTO/VAC TAKEN YTD | 24.00 | STATE CODE: | PA | PAY FREQUENCY: | B |
| | | ADD'L W/H: | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1699.02 | 10.25 | 1688.77 | 349.09 | 1339.68 | |
| Y-T-D | 29846.80 | 184.50 | 29662.30 | 6206.24 | 23456.06 | |

HOURS AND EARNINGS / TAXES AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 60.25 | 5.3321 | 321.26 | 1207.75 | 6429.16 | FEDERAL TX | 133.27 | 2449.31 |
| OVERTIME | | | | 11.25 | 100.75 | FICA TAXES | 129.18 | 2269.16 |
| PTO | 16.00 | 5.3321 | 85.31 | 24.00 | 127.97 | PA EMER TX | 2.00 | 32.00 |
| TOKES | 87.25 | | 1261.76 | 1418.00 | 23142.89 | PA LCL TAX | 33.77 | 559.19 |
| MWAGE ADJ | | 7.2500 | 30.69 | | 46.03 | PA ST TAX | 51.85 | 910.65 |
| | | | | | | UNEMPLOYMT | 1.02 | 17.93 |
| | | | | | | SRP LOAN | 21.86 | 349.76 |
| | | | | | | DENTAL | 8.00 | 144.00 |
| | | | | | | L TRM DISB | 7.31 | 131.58 |
| | | | | | | VISION | 2.25 | 40.50 |
| | | | | | | MEAL | | 3.00 |
| | | | | | | S TRM DISB | 5.52 | 99.36 |
| | | | | | | DIRECT DEP | 1302.99 | 22840.36 |
| TOTAL | 163.50 | | 1699.02 | 2661.00 | 29846.80 | TOTAL | 1699.02 | 29846.80 |

*handwritten: 14.46*

—————— REMOVE DOCUMENT ALONG THIS PERFORATION ——————

BULLETIN BOARD

| SPECIAL INFORMATION | | | | | |
|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: M | | CHECK NO: | 20340997 |
| PTO/VAC AVAILABLE | 137.00 | EXEMPTIONS: FED: 00 STATE: 01 | | CHECK DATE: | 8/15/2019 |
| PTO/VAC TAKEN YTD | 8.00 | STATE CODE: PA | | PERIOD ENDING: | 8/08/2019 |
| | | ADD'L W/H: | | PAY FREQUENCY: B | |
| | | | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1572.46 | 10.25 | 1562.21 | 317.74 | 1244.47 | |
| Y-T-D | 28147.78 | 174.25 | 27973.53 | 5857.15 | 22116.38 | |

HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 69.50 | 5.3321 | 370.58 | 1147.50 | 6107.90 |
| OVERTIME | | | | 11.25 | 100.75 |
| PTO | | | | 8.00 | 42.66 |
| TOKES | 79.50 | | 1201.88 | 1330.75 | 21881.13 |
| MWAGE ADJ | | 7.2500 | | | 15.34 |
| TOTAL | 149.00 | | 1572.46 | 2497.50 | 28147.78 |

TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 118.08 | 2316.04 |
| FICA TAXES | 119.52 | 2139.98 |
| PA EMER TX | 2.00 | 30.00 |
| PA LCL TAX | 31.24 | 525.42 |
| PA ST TAX | 47.96 | 858.80 |
| UNEMPLOYMT | .94 | 16.91 |
| SRP LOAN | 21.86 | 327.90 |
| DENTAL | 8.00 | 136.00 |
| L TRM DISB | 7.31 | 124.27 |
| VISION | 2.25 | 38.25 |
| MEAL | | 3.00 |
| S TRM DISB | 5.52 | 93.84 |
| DIRECT DEP | 1207.78 | 21537.37 |
| TOTAL | 1572.46 | 28147.78 |

—— REMOVE DOCUMENT ALONG THIS PERFORATION ——

BULLETIN BOARD

| SPECIAL INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | 8.00 | TAX STATUS: | M | CHECK NO: | | 20339974 |
| PTO/VAC AVAILABLE | 137.00 | EXEMPTIONS: FED: 00 STATE: 01 | | CHECK DATE: | | 8/01/2019 |
| PTO/VAC TAKEN YTD | 8.00 | STATE CODE: | PA | PERIOD ENDING: | | 7/25/2019 |
| | | ADD'L W/H: | | PAY FREQUENCY: | | B |
| | | | | PRIMARY JOB BASE RATE: | | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1967.28 | 10.25 | 1957.03 | 415.56 | 1541.47 | |
| Y-T-D | 26575.32 | 164.00 | 26411.32 | 5539.41 | 20871.91 | |

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 72.00 | 5.3321 | 383.91 | 1078.00 | 5737.32 |
| OVERTIME | 8.25 | 8.9571 | 73.90 | 11.25 | 100.75 |
| PTO | 8.00 | 5.3321 | 42.66 | 8.00 | 42.66 |
| TOKES | 100.25 | | 1451.47 | 1251.25 | 20679.25 |
| MWAGE ADJ | | 7.2500 | 15.34 | | 15.34 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 165.46 | 2197.96 |
| FICA TAXES | 149.70 | 2020.46 |
| PA EMER TX | 2.00 | 28.00 |
| PA LCL TAX | 39.14 | 494.18 |
| PA ST TAX | 60.08 | 810.84 |
| UNEMPLOYMT | 1.18 | 15.97 |
| SRP LOAN | 21.86 | 306.04 |
| DENTAL | 8.00 | 128.00 |
| L TRM DISB | 7.31 | 116.96 |
| VISION | 2.25 | 36.00 |
| MEAL | | 3.00 |
| S TRM DISB | 5.52 | 88.32 |
| DIRECT DEP | 1504.78 | 20329.59 |

14.51

| TOTAL | 188.50 | | 1967.28 | 2348.50 | 26575.32 | TOTAL | 1967.28 | 26575.32 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

BULLETIN BOARD

| SPECIAL INFORMATION | | | | |
|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: M | CHECK NO: | 20338960 |
| PTO/VAC AVAILABLE | 145.00 | EXEMPTIONS: FED: 00  STATE: 01 | CHECK DATE: | 7/18/2019 |
| PTO/VAC TAKEN YTD | | STATE CODE: PA | PERIOD ENDING: | 7/11/2019 |
| | | ADD'L W/H: | PAY FREQUENCY: | B |
| | | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1892.75 | 10.25 | 1882.50 | 397.12 | 1485.38 | |
| Y-T-D | 24608.04 | 153.75 | 24454.29 | 5123.85 | 19330.44 | |

HOURS AND EARNINGS

| | | CURRENT | | Y-T-D | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | EARNINGS | HOURS | EARNINGS | DESCRIPTION | | CURRENT AMOUNT | | Y-T-D AMOUNT |
| REGULAR | 31.75 | 5.3321 | 169.29 | 1006.00 | 5353.41 | FEDERAL TX | | 156.52 | | 2032.50 |
| REGULAR | 46.75 | 5.3321 | 249.28 | | | FICA TAXES | | 144.02 | | 1870.76 |
| OVERTIME | | | | 3.00 | 26.85 | PA EMER TX | | 2.00 | | 26.00 |
| TOKES | 92.50 | | 1474.18 | 1151.00 | 19227.78 | PA LCL TAX | | 37.65 | | 455.04 |
| | | | | | | PA ST TAX | | 57.79 | | 750.76 |
| | | | | | | UNEMPLOYMT | | 1.14 | | 14.79 |
| | | | | | | SRP LOAN | | 21.86 | | 284.18 |
| | | | | | | DENTAL | | 8.00 | | 120.00 |
| | | | | | | L TRM DISB | | 7.31 | | 109.65 |
| | | | | | | VISION | | 2.25 | | 33.75 |
| | | | | | | MEAL | | | | 3.00 |
| | | | | | | S TRM DISB | | 5.52 | | 82.80 |
| | | | | | | DIRECT DEP | | 1448.69 | | 18824.01 |
| TOTAL | 171.00 | | 1892.75 | 2160.00 | 24608.04 | TOTAL | | 1892.75 | | 24608.04 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

BULLETIN BOARD

| SPECIAL INFORMATION | | | | | |
|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: M | | CHECK NO: | 20337946 |
| PTO/VAC AVAILABLE | 145.00 | EXEMPTIONS: FED: 00 STATE: 01 | | CHECK DATE: | 7/03/2019 |
| PTO/VAC TAKEN YTD | | STATE CODE: PA | | PERIOD ENDING: | 6/27/2019 |
| | | ADD'L W/H: | | PAY FREQUENCY: B | |
| | | | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1925.62 | 10.25 | 1915.37 | 405.24 | 1510.13 | |
| Y-T-D | 22715.29 | 143.50 | 22571.79 | 4726.73 | 17845.06 | |

HOURS AND EARNINGS | TAXES AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 55.50 | 5.3321 | 295.93 | 927.50 | 4934.84 | FEDERAL TX | 160.46 | 1875.98 |
| REGULAR | 24.00 | 5.3321 | 127.97 | | | FICA TAXES | 146.52 | 1726.74 |
| OVERTIME | | | | 3.00 | 26.85 | PA EMER TX | 2.00 | 24.00 |
| TOKES | 92.50 | | 1501.72 | 1058.50 | 17753.60 | PA LCL TAX | 38.30 | 417.39 |
| | | | | | | PA ST TAX | 58.80 | 692.97 |
| | | | | | | UNEMPLOYMT | 1.16 | 13.65 |
| | | | | | | SRP LOAN | 21.86 | 262.32 |
| | | | | | | DENTAL | 8.00 | 112.00 |
| | | | | | | L TRM DISB | 7.31 | 102.34 |
| | | | | | | VISION | 2.25 | 31.50 |
| | | | | | | MEAL | | 3.00 |
| | | | | | | S TRM DISB | 5.52 | 77.28 |
| | | | | | | DIRECT DEP | 1473.44 | 17376.12 |
| TOTAL | 172.00 | | 1925.62 | 1989.00 | 22715.29 | TOTAL | 1925.62 | 22715.29 |

——— REMOVE DOCUMENT ALONG THIS PERFORATION ———

ALYCE J DIPIETRO MILLER                    EMPLOYER: HPA                EE NO:   800355004

| SPECIAL INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: | M | CHECK NO: | 20336930 | |
| PTO/VAC AVAILABLE | 145.00 | EXEMPTIONS: FED: 00 STATE: 01 | | CHECK DATE: | 6/20/2019 | |
| PTO/VAC TAKEN YTD | | STATE CODE: | PA | PERIOD ENDING: | 6/13/2019 | |
| | | ADD'L W/H: | | PAY FREQUENCY: | B | |
| | | | | PRIMARY JOB BASE RATE: | 5.3321 | |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1997.80 | 10.25 | 1987.55 | 423.14 | 1564.41 | |
| Y-T-D | 20789.67 | 133.25 | 20656.42 | 4321.49 | 16334.93 | |

HOURS AND EARNINGS | TAXES AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 72.00 | 5.3321 | 383.91 | 848.00 | 4510.94 | FEDERAL TX | 169.12 | 1715.52 |
| OVERTIME | | | | 3.00 | 26.85 | FICA TAXES | 152.05 | 1580.22 |
| TOKES | 83.00 | | 1613.89 | 966.00 | 16251.88 | PA EMER TX | 2.00 | 22.00 |
| | | | | | | PA LCL TAX | 39.75 | 379.09 |
| | | | | | | PA ST TAX | 61.02 | 634.17 |
| | | | | | | UNEMPLOYMT | 1.20 | 12.49 |
| | | | | | | SRP LOAN | 21.86 | 240.46 |
| | | | | | | DENTAL | 8.00 | 104.00 |
| | | | | | | L TRM DISB | 7.31 | 95.03 |
| | | | | | | VISION | 2.25 | 29.25 |
| | | | | | | MEAL | | 3.00 |
| | | | | | | S TRM DISB | 5.52 | 71.76 |
| | | | | | | DIRECT DEP | 1527.72 | 15902.68 |
| TOTAL | 155.00 | | 1997.80 | 1817.00 | 20789.67 | TOTAL | 1997.80 | 20789.67 |

*Handwritten: 19.44*

— REMOVE DOCUMENT ALONG THIS PERFORATION —

ALYCE J DIPIETRO MILLER  EMPLOYER: HPA  EE NO: 800355004

| SPECIAL INFORMATION | | | | |
|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: M | CHECK NO: | 20335902 |
| PTO/VAC AVAILABLE | 3.00 | EXEMPTIONS: FED: 00 STATE: 01 | CHECK DATE: | 6/06/2019 |
| PTO/VAC TAKEN YTD | 128.00 | STATE CODE: PA | PERIOD ENDING: | 5/30/2019 |
| | | ADD'L W/H: | PAY FREQUENCY: B | |
| | | | PRIMARY JOB BASE RATE: | 5.3321 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2055.40 | 10.25 | 2045.15 | 437.41 | 1607.74 | |
| Y-T-D | 18791.87 | 123.00 | 18668.87 | 3898.35 | 14770.52 | |

HOURS AND EARNINGS

| | | CURRENT | | Y-T-D | |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | EARNINGS | HOURS | EARNINGS |
| REGULAR | 79.50 | 5.3321 | 423.90 | 776.00 | 4127.03 |
| OVERTIME | | | | 3.00 | 26.85 |
| TOKES | 89.50 | | 1631.50 | 883.00 | 14637.99 |

TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 176.03 | 1546.40 |
| FICA TAXES | 156.46 | 1428.17 |
| PA EMER TX | 2.00 | 20.00 |
| PA LCL TAX | 40.90 | 339.34 |
| PA ST TAX | 62.79 | 573.15 |
| UNEMPLOYMT | 1.23 | 11.29 |
| SRP LOAN | 21.86 | 218.60 |
| DENTAL | 8.00 | 96.00 |
| L TRM DISB | 7.31 | 87.72 |
| VISION | 2.25 | 27.00 |
| MEAL | | 3.00 |
| S TRM DISB | 5.52 | 66.24 |
| DIRECT DEP | 1571.05 | 14374.96 |

18.22

| TOTAL | 169.00 | | 2055.40 | 1662.00 | 18791.87 | TOTAL | 2055.40 | 18791.87 |

———— REMOVE DOCUMENT ALONG THIS PERFORATION ————



Case 19-17878-mdc  Doc 37  Filed 04/13/20  Entered 04/13/20 17:35:36  Desc Main
Document  Page 14 of 14