ED STATES BANKRUPTCY COURT EASTERN DISTRICT OF
PENNSYLVANIA

In re:  Ralph Miller and                      :
       Alyce DiPietro-Miller           :     Bankruptcy No: 19-17878
                                         :     Chapter 13
       Debtors                           :

## ORDER ALLOWING COMPENSATION

AND NOW, this __11th__ day of __May__, 20__20__, Jeanne Marie Cella and Associates, LLC through Jeanne Marie Cella, Esquire, counsel for the Debtors, are awarded $5,000.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $3,000.00 to the said counsel from the plan payments which he has received on the Debtors' account.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE