United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-17878-mdc
Ralph E. Miller, Jr.                                               Chapter 13
Alyce DiPietro-Miller
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia          Page 1 of 1              Date Rcvd: May 11, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db/jdb          Ralph E. Miller, Jr.,   Alyce DiPietro-Miller,   234 Scola Rd,   Brookhaven, PA 19015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
         JEANNE MARIE CELLA    on behalf of Debtor Ralph E. Miller, Jr. paralegal@lawjmc.com,
          pennduke@gmail.com
         JEANNE MARIE CELLA    on behalf of Joint Debtor Alyce  DiPietro-Miller paralegal@lawjmc.com,
          pennduke@gmail.com
         KEVIN G. MCDONALD    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 6

## ED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Ralph Miller and** | : | |
| **Alyce DiPietro-Miller** | : | **Bankruptcy No: 19-17878** |
| | : | **Chapter 13** |
| **Debtors** | : | |

## ORDER ALLOWING COMPENSATION

AND NOW, this <u>11th</u> day of <u>May</u>, 20<u>20</u>, Jeanne Marie Cella and Associates, LLC through Jeanne Marie Cella, Esquire, counsel for the Debtors, are awarded $5,000.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $3,000.00 to the said counsel from the plan payments which he has received on the Debtors' account.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE