United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ralph E. Miller, Jr.  
Alyce DiPietro-Miller  
    Debtors

Case No. 19-17878-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5  
Date Rcvd: Jan 15, 2025      Form ID: 138OBJ      Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ralph E. Miller, Jr., Alyce DiPietro-Miller, 234 Scola Rd, Brookhaven, PA 19015 |
| 14441702 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14444467 | + | Lakeview Loan Servicing LLC, c/o Kevin G. McDonald, Esq., KML Law Group, P.C., 701 Market street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14465552 | | Email/Text: ally@ebn.phinsolutions.com | Jan 16 2025 00:16:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620433 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2025 00:50:41 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14441677 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 16 2025 00:16:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14457429 | | Email/PDF: bncnotices@becket-lee.com | Jan 16 2025 00:34:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14441678 | + | Email/PDF: bncnotices@becket-lee.com | Jan 16 2025 00:24:12 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14441681 | | Email/Text: bankruptcy@bbandt.com | Jan 16 2025 00:16:00 | Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14448696 | + | Email/Text: bankruptcy@bbandt.com | Jan 16 2025 00:16:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14441679 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 16 2025 00:16:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14463820 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 16 2025 00:16:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14441680 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 16 2025 00:16:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14451682 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2025 00:36:31 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-17878-pmm   Doc 63   Filed 01/17/25   Entered 01/18/25 00:36:23   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 138OBJ | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 14441683 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 00:22:10 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14458012 | | Email/PDF: bncnotices@becket-lee.com | Jan 16 2025 00:36:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14441685 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 16 2025 00:17:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14441686 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:34:49 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14441689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:36:31 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14441687 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:34:45 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14441688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:22:51 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14464933 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:22:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14441690 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:35:41 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14441691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:34:30 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14441692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2025 00:16:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14441693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2025 00:16:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14441694 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2025 00:16:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14441695 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2025 00:16:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14441697 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2025 00:16:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14441696 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2025 00:16:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14441698 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2025 00:16:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14441699 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:22:51 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14441701 | | Email/Text: mrdiscen@discover.com | Jan 16 2025 00:16:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14441700 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:36:31 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14464979 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2025 00:16:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14446849 | | Email/Text: mrdiscen@discover.com | Jan 16 2025 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14468275 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2025 00:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14441684 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 16 2025 00:22:45 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 138OBJ | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 14455852 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jan 16 2025 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14441703 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jan 16 2025 00:16:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14470139 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 16 2025 00:34:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14473124 | ^ | MEBN | | |
| | | | Jan 16 2025 00:12:13 | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14441704 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Jan 16 2025 00:16:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14441705 | | Email/Text: camanagement@mtb.com | | |
| | | | Jan 16 2025 00:16:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14465745 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 16 2025 00:23:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14441706 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 16 2025 00:22:46 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14457208 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Jan 16 2025 00:16:00 | Nissan Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14441707 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Jan 16 2025 00:16:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14731569 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Jan 16 2025 00:16:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14460411 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 16 2025 00:35:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14469201 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jan 16 2025 00:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14469182 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jan 16 2025 00:16:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14441708 | ^ | MEBN | | |
| | | | Jan 16 2025 00:12:10 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14441709 | + | Email/Text: clientservices@simonsagency.com | | |
| | | | Jan 16 2025 00:17:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14441710 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:36:57 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14441713 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:35:41 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14441714 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:35:41 | Syncb/Mitsubishi-Hm Ds, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14441711 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:35:45 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14441712 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:23:52 | Syncb/horizn, Po Box 965036, Orlando, FL 32896-5036 |
| 14470793 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:36:32 | Synchrony Bank by AIS InfoSources LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14441716 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:34:41 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14441717 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:22:11 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 138OBJ | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 14441718 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:22:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14441719 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:22:43 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14441720 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:35:49 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14473538 | + | Email/Text: bncmail@w-legal.com | Jan 16 2025 00:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14458792 | + | Email/Text: tdebn@credbankserv.com | Jan 16 2025 00:16:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14441721 | + | Email/Text: bncmail@w-legal.com | Jan 16 2025 00:16:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14441722 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 16 2025 00:17:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14441682 | | Best Buy/cbna |
| 14441715 | | Syncb/walmart |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025                Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Ralph E. Miller Jr. paralegal@lawjmc.com, r46298@notify.bestcase.com;pennduke@gmail.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Alyce DiPietro-Miller paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | |

District/off: 0313-2 | User: admin | Page 5 of 5
Date Rcvd: Jan 15, 2025 | Form ID: 138OBJ | Total Noticed: 71

on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 62 − 60

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Ralph E. Miller Jr. ) | Case No. 19−17878−pmm |
| ) | |
| ) | |
|    Alyce DiPietro−Miller ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 15, 2025                                                      For The Court

                                                                                                  Timothy B. McGrath
                                                                                                  Clerk of Court