United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17878-pmm |
| Ralph E. Miller, Jr. | Chapter 13 |
| Alyce DiPietro-Miller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 07, 2025 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ralph E. Miller, Jr., Alyce DiPietro-Miller, 234 Scola Rd, Brookhaven, PA 19015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 08 2025 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Feb 08 2025 04:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2025 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14465552 | EDI: GMACFS.COM | Feb 08 2025 04:42:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14457429 | Email/PDF: bncnotices@becket-lee.com | Feb 08 2025 00:16:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14448696 | + Email/Text: bankruptcy@bbandt.com | Feb 08 2025 00:04:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14463820 | + EDI: BANKAMER2 | Feb 08 2025 04:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14451682 | + EDI: AIS.COM | Feb 08 2025 04:42:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14458012 | Email/PDF: bncnotices@becket-lee.com | Feb 08 2025 01:23:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14441685 | + Email/Text: bankruptcycollections@citadelbanking.com | Feb 08 2025 00:05:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14464933 | EDI: CITICORP | Feb 08 2025 04:42:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14464979 | EDI: Q3G.COM | Feb 08 2025 04:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14446849 | EDI: DISCOVER | Feb 08 2025 04:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14468275 | EDI: JEFFERSONCAP.COM | Feb 08 2025 04:42:00 | Jefferson Capital Systems LLC, Po Box 7999, |

District/off: 0313-2      User: admin      Page 2 of 3

Date Rcvd: Feb 07, 2025      Form ID: 3180W      Total Noticed: 26

| | | | | |
|---|---|---|---|---|
| | | | | Saint Cloud Mn 56302-9617 |
| 14455852 | + | Email/Text: RASEBN@raslg.com | Feb 08 2025 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14470139 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2025 00:15:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14473124 | ^ | MEBN | Feb 07 2025 23:40:40 | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14465745 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2025 00:15:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14457208 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 08 2025 00:04:00 | Nissan Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14731569 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 08 2025 00:04:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14460411 | | EDI: PRA.COM | Feb 08 2025 04:42:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14469201 | | EDI: Q3G.COM | Feb 08 2025 04:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14469182 | | EDI: Q3G.COM | Feb 08 2025 04:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14470793 | + | EDI: AISACG.COM | Feb 08 2025 04:42:00 | Synchrony Bank by AIS InfoSources LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14473538 | + | Email/Text: bncmail@w-legal.com | Feb 08 2025 00:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14458792 | + | EDI: CBSTDR | Feb 08 2025 04:42:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:**

District/off: 0313-2                         User: admin                                    Page 3 of 3
Date Rcvd: Feb 07, 2025                      Form ID: 3180W                              Total Noticed: 26

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Ralph E. Miller  Jr. paralegal@lawjmc.com, r46298@notify.bestcase.com;pennduke@gmail.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Alyce DiPietro-Miller paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ralph E. Miller Jr. | Social Security number or ITIN   xxx–xx–9923 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Alyce DiPietro–Miller | Social Security number or ITIN   xxx–xx–9442 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   19–17878–pmm

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ralph E. Miller Jr.                    Alyce DiPietro–Miller

2/6/25

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**